No. 1107. WILSON *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Martin H. Freeman* for petitioner.

No. 1119. UNITED STATES FOR THE USE AND BENEFIT OF TRANE Co. *v.* GELMAN, DBA GELCO BUILDERS ET AL. C. A. 2d Cir. Certiorari denied. *Herman N. Schwartz* for petitioner. *Jack Hart* for respondents.

No. 1122. FUND OF FUNDS, LTD. *v.* ROTH. C. A. 2d Cir. Certiorari denied. *Allan F. Conwill* for petitioner. *Philip B. Kurland* for respondent.

No. 1136. GLENS FALLS INSURANCE Co. *v.* NATION-WIDE MUTUAL INSURANCE Co. ET AL. Sup. Ct. Mont. Certiorari denied. *Joseph F. Meglen* for petitioner. *Cale Crowley* for Nationwide Mutual Insurance Co., and *Charles C. Collins* for State Farm Mutual Automobile Insurance Co., respondents.

No. 1137. HABER *v.* GREASON. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Sam Haber,* petitioner, *pro se. Edward Margolin* for respondent.

No. 887. 3259 M STREET, INC. *v.* CITIZENS ASSOCIATION OF GEORGETOWN. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Frank H. Strickler* for petitioner. *E. Barrett Prettyman, Jr.,* and *Robert C. Maynard* for respondent.